ISAAC RUDOWITZ and Another, Appellants, v. WILLIAM CONESCU and Another, Respondents.—Action to rescind an agreement alleged to have been made by the defendants with the plaintiffs and for restoration of certain properties said to have been transferred under that agreement and for damages. Judgment for the defendants dismissing the complaint on the merits unanimously affirmed, with

costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.